**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **JASON ARMIJO**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-821-WHA |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON STATUS OF SUPERVISED RELEASE** |
| vs. ) |  |
| JASON ARMIJO, ) |  |
| Defendant. ) |  |

**STIPULATION**

This matter is currently set on September 13, 2016 for status of the Form 12 Petition. The parties jointly request that this matter be continued to September 20, 2016. The probation officer assigned to Mr. Smith's case requested the continuance so she could personally attend.

Respectfully Submitted,

Date: August 15, 2016         /S/-Brian Berson
                              BRIAN P. BERSON
                              Attorney for Jason Armijo

1

Date: August 15, 2016          /S/-Kevin Barry
                               KEVIN BARRY
                               Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated above, this matter will be continued from September 13, 2016 to September 20, 2016 at 2:00 p.m.

So ordered.

Dated: August 16, 2016.          _____
                                 THE HONORABLE WILLIAM ALSUP
                                 United States District Judge

2