**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **JASON ARMIJO**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>vs.<br>JASON ARMIJO,<br>           Defendant. | ) No. CR-12-821-WHA<br>)<br>) **STIPULATION AND**<br>) ~~[PROPOSED]~~ **ORDER CONTINUING**<br>) **HEARING ON STATUS OF**<br>) **SUPERVISED RELEASE**<br>)<br>)<br>) |

**STIPULATION**

This matter is currently set on December 20, 2016 for status of the Form 12 Petition. One of the charges in the Form 12 is also the basis for an Oakland/Alameda County criminal court filing charging Mr. Armijo with DUI. Mr. Armijo was assigned a public defender at his last Alameda court appearance but has yet to have meaningful contact with that lawyer. Mr. Berson called and left that lawyer a voicemail on December 8, 2016, but has yet to hear back. It is Mr. Berson's understanding that the next court date in Alameda County is January 7, 2017. The parties jointly agree that this case should trail the Oakland/Alameda County one and

1

therefore request that this matter be continued to January 17, 2017. The probation officer assigned to Mr. Armijo's case, USPO Shan, concurs.

                                                  Respectfully Submitted,

Date: December 13, 2016             /S/-Brian Berson
                                                  BRIAN P. BERSON
                                                  Attorney for Jason Armijo

Date: December 13, 2016             /S/-Kevin Barry
                                                  KEVIN BARRY
                                                  Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reasons stated above, this matter will be continued from December 20, 2016 to January 17, 2017 at 2:00 p.m.

So ordered.

Dated: December 19, 2016.                     _____
                                          THE HONORABLE WILLIAM ALSUP
                                            United States District Judge