**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **JASON ARMIJO**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-12-821-WHA |
|  | ) |
| Plaintiff, | ) **STIPULATION AND** |
|  | ) ~~**[PROPOSED]**~~ **ORDER CONTINUING** |
| vs. | ) **HEARING ON STATUS OF** |
|  | ) **SUPERVISED RELEASE** |
| JASON ARMIJO, | ) |
| Defendant. | ) |
|  | ) |

**STIPULATION**

This matter is currently set on January 17, 2017 for status

of the Form 12 Petition. One of the charges in the Form 12 is also

the basis for an Oakland/Alameda County criminal court filing

charging Mr. Armijo with DUI. Mr. Berson has confirmed that the

next court date in Alameda County is February 21, 2017, for

pretrial conference. The parties jointly agree that this case

should trail the Oakland/Alameda County one and therefore request

that this matter be continued to March 7, 2017. The probation

officer assigned to Mr. Armijo's case, USPO Shan, concurs.

Respectfully Submitted,

1

1

2
        Date: January 13, 2017        /S/-Brian Berson
3                                     BRIAN P. BERSON
                                      Attorney for Jason Armijo
4

5
        Date: January 13, 2017        /S/-Kevin Barry
6                                     KEVIN BARRY
                                      Assistant United States Attorney
7

8

9

10

11

12

13

14
                        [PROPOSED] ORDER
15

16      For the reasons stated above, this matter will be continued

17  from January 17, 2017 to March 7, 2017 at 2:00 p.m.

18

19      So ordered.

20

21

22  Dated: January 13, 2017.        _____
                                    THE HONORABLE WILLIAM ALSUP
23                                  United States District Judge

24

25

26

27

28

29

                                    2