**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **JASON ARMIJO**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>JASON ARMIJO,<br>　　　　Defendant. | No. CR-12-821-WHA<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON STATUS OF SUPERVISED RELEASE** |

**STIPULATION**

　　This matter is currently set on March 7, 2017 for status of the Form 12 Petition. One of the charges in the Form 12 is also the basis for an Oakland/Alameda County criminal court filing charging Mr. Armijo with DUI. Mr. Berson has confirmed that the next court date in Alameda County is March 16, 2017, for pretrial conference. The parties jointly agree that this case should trail the Oakland/Alameda County one and therefore request that this matter be continued to April 4, 2017. The probation officer assigned to Mr. Armijo's case, USPO Shan, concurs.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

1

```
Date: March 1, 2017          /S/-Brian Berson
                             BRIAN P. BERSON
                             Attorney for Jason Armijo


Date: March 1, 2017          /S/-Kevin Barry
                             KEVIN BARRY
                             Assistant United States Attorney
```

[PROPOSED] ORDER

For the reasons stated above, this matter will be continued from March 7, 2017 to April 4, 2017 at 2:00 p.m.

So ordered.

Dated:  March 2, 2017.              _____
                                    THE HONORABLE WILLIAM ALSUP
                                    United States District Judge