**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **JASON ARMIJO**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-12-821-WHA |
| Plaintiff, | ) **STIPULATION  AND** |
|  | ) **[PROPOSED] ORDER CONTINUING** |
| vs. | ) **HEARING ON STATUS OF** |
|  | ) **SUPERVISED RELEASE** |
| JASON ARMIJO, | ) |
| Defendant. | ) |
|  | ) |

**STIPULATION**

This matter is currently set on April 4, 2017 for status of

the Form 12 Petition. One of the charges in the Form 12 is also

the basis for an Oakland/Alameda County criminal court filing

charging Mr. Armijo with DUI. Mr. Berson has confirmed that the

case is unresolved and was set for trial in Alameda County on

April 28, 2017. The parties jointly agree that this case should

trail the Oakland/Alameda County one and therefore request that

this matter be continued to May 23, 2017. The probation officer

assigned to Mr. Armijo's case, USPO Shan, concurs.

Respectfully Submitted,

1

Date: March 29, 2017          /S/-Brian Berson
                              BRIAN P. BERSON
                              Attorney for Jason Armijo


Date: March 29, 2017          /S/-Kevin Barry
                              KEVIN BARRY
                              Assistant United States Attorney


**[PROPOSED] ORDER**

For the reasons stated above, this matter will be continued

from April 4, 2017 to May 23, 2017 at 2:00 p.m.


So ordered.


Dated:_March 30, 2017._        _____
                              THE HONORABLE WILLIAM ALSUP
                              United States District Judge


2