**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **JASON ARMIJO**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>JASON ARMIJO,<br>  Defendant. | ) No. CR-12-821-WHA<br>) **STIPULATION AND**<br>) **[PROPOSED] ORDER CONTINUING**<br>) **HEARING ON STATUS OF**<br>) **SUPERVISED RELEASE**<br>)<br>) |

## STIPULATION

This matter is currently set on May 23, 2017 for status of the Form 12 Petition. One of the charges in the Form 12 is also the basis for an Oakland/Alameda County criminal court filing charging Mr. Armijo with DUI. The latest status of the Oakland case is that it is set for Readiness Hearing on June 16, 2017 and trial June 19, 2017. The parties jointly agree that this case should trail the Oakland/Alameda County one and therefore request that this matter be continued to July 18, 2017. The probation officer assigned to Mr. Armijo's case, USPO Shan, concurs.

Respectfully Submitted,

1

Date: May 17, 2017          /S/-Brian Berson
                            BRIAN P. BERSON
                            Attorney for Jason Armijo

Date: May 17, 2017          /S/-Kevin Barry
                            KEVIN BARRY
                            Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated above, this matter will be continued from May 23, 2017 to July 18, 2017 at 2:00 p.m.

So ordered.

Dated: May 17, 2017.        _____
                            THE HONORABLE WILLIAM ALSUP
                            United States District Judge