**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **JASON ARMIJO**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JASON ARMIJO,<br>Defendant. | No. CR-12-821-WHA<br>**STIPULATION AND** ~~[PROPOSED]~~ **ORDER CONTINUING HEARING ON STATUS OF SUPERVISED RELEASE** |

**STIPULATION**

This matter is currently set on July 18, 2017 for status of the Form 12 Petition. One of the charges in the Form 12 is also the basis for an Oakland/Alameda County criminal court filing charging Mr. Armijo with DUI. The latest status of the Oakland case is that it is set for trial August 18, 2017. The parties and the assigned probation officer agree that this case should trail the Oakland/Alameda County one and, because of differing schedules, request that this matter be continued to October 10, 2017.

1

Respectfully Submitted,

Date: July 14, 2017        /S/-Brian Berson
                           BRIAN P. BERSON
                           Attorney for Jason Armijo


Date: July 14, 2017        /S/-Kevin Barry
                           KEVIN BARRY
                           Assistant United States Attorney

### [PROPOSED] ORDER

For the reasons stated above, this matter will be continued from July 18, 2017 to October 10, 2017 at 2:00 p.m.

So ordered.

Dated: July 17, 2017.      _____
                           THE HONORABLE WILLIAM ALSUP
                           United States District Judge